■ In the Matter of RONALD FOX, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.